1   MELINDA L. HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   JOSEPH FAZIOLI (CABN 275564)
    Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
        Telephone: (408) 535-5595

7       Facsimile: (408) 535-5066
        joseph.fazioli@usdoj.gov

8
    Attorneys for the United States

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14                                      )   No. CR 13-00200 EJD
    UNITED STATES OF AMERICA,           )
15                                      )   STIPULATION AND [PROPOSED]
           Plaintiff,                   )   ORDER RESETTING STATUS
16                                      )   CONFERENCE AND EXCLUDING TIME
       v.                               )   UNDER THE SPEEDY TRIAL ACT
17                                      )
    BALARKISHAN PATWARDHAN,             )
18                                      )
           Defendants.                  )
19                                      )

20          The matter is set for a status conference on June 24, 2013.  The parties now jointly

21   request that the June 24, 2013 status conference be continued to July 29, 2013 to allow defense

22   counsel additional time to review discovery and to discuss a potential resolution of the case.  In

23   light of the above, the parties agree, and the Court finds and holds, as follows:

24          1.   The June 24, 2013 status conference date is vacated.

25          2.   This matter is set before this Court for status conference on July 29, 2013.

26          3.   The time between June 24, 2013 and July 29, 2013 is excluded under the Speedy Trial

27   Act.  The parties agree that the failure to grant the requested continuance would unreasonably

28   deny defense counsel reasonable time necessary for effective preparation, taking into account the

STIPULATION AND [PROPOSED] ORDER
CR 13-00200 EJD

1   exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of

2   justice served by granting the requested continuance outweigh the best interest of the public and

3   the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. §

4   3161(h)(8)(A).

5   SO STIPULATED:

6

7   DATED:_____6/13/13_____          _____/s/_____
                                          JAMES THOMAS REILLY
8                                         Defense Counsel

9

10  DATED:_____6/13/13_____          _____/s/_____
                                          JOSEPH FAZIOLI
11                                        Assistant United States Attorney

12  IT IS SO ORDERED.

13  DATED:_____6/21/2013_____        _____
                                          EDWARD J. DAVILA
14                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 13-00200 EJD